# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAWN M. CLARK , <br><br> Plaintiff, <br><br> v. <br><br> ADT LLC d/b/a ADT SECURITY SERVICES, <br><br> Defendant. | Case No. 4:18-cv-00179-ALM-KPJ <br><br> Honorable Amos L. Mazzant |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DAWN M. CLARK ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 22nd day of May 2018.

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, IL 60148
(630) 568-3056
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____<br>
Nathan C. Volheim