# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAWN M. CLARK,<br><br>Plaintiff,<br><br>v.<br><br>ADT LLC d/b/a ADT SECURITY SERVICES,<br><br>Defendant. | Case No. 4:18-cv-00179-ALM-KPJ<br><br>Honorable Judge Amos L. Mazzant, III |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, DAWN M. CLARK ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant ADT LLC d/b/a ADT SECURITY SERVICES, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 15, 2018

                                              Respectfully Submitted,

                                              /s/ Nathan C. Volheim
                                              Nathan C. Volheim, Esq.
                                              *Counsel for Plaintiff*
                                              Admitted in the Eastern District of Texas
                                              Sulaiman Law Group, Ltd.
                                              2500 S. Highland Avenue, Suite 200
                                              Lombard, IL 60148
                                              Phone (630) 537-1770
                                              Fax: (630)575-8188
                                              nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 15, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
